FILED
JAN 16 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY Deputy Clerk

Teresa J. Moore
4251 Laurel Canyon Blvd.
Studio City, CA 91604
Tel: 818-206-1146
Fax: 818-301-2577

SV07-14758 GM
Response to MFR
Filed 1-10-2008

16 January 2008

Nancy Zamora, Chapter 7 Trustee
444 So. Flower Street Ste. 1550
Los Angeles, CA 90071
Tel: 213-488- 9411
Via Fax: 213-488-9418

Lei Lei Wang Ekvall, Esq.
650 Town Center Drive Ste. 950
Costa Mesa, CA 92626
Via Fax: 714-966-1002

Re: Motion for Relief from Stay Reply CS # 14-758GM

Dear Ms. Zamora & Ms. Wang Ekvall:

This letter is written to inform you that I will not be opposing the request for relief from stay for the Chapter 7 Parks Trustee to pursue an adversary case to determine the interest claims in the three properties that Ms. Parks was involved in.

Due to my current medical issues, I am trying to prevent emergency surgery for fibroid tumors (see attached letter to Chapter 13 Trustee), I am not able to prepare a formal notice filed with the bankruptcy court on my position for the Chapter 7 Parks Trustee's motion for Relief from Stay brought on shortened time due by noon today January 16, 2008.

I am currently over 300 miles away and will not be able to attend the hearing scheduled for 9:30 am, however, I will attempt to make a telephonic appearance and get a reply faxed to the court.

Although I do not oppose the RFS motion, as I would like to see this resolved either through a settlement or through an adversary hearing whether it is in my Chapter 13 case or Ms. Parks Chapter 7 case, I do oppose the Chapter 7 Trustee's assumption and claims of "Bad Faith" filing, Repeat Filer, and "Scheme to delay, hinder, and defraud creditors and to abuse the bankruptcy system.

Additionally, I do oppose Ms. Zamora's claim under 3(b) debtor has no equity in the property and her request to 4. Annulment of the stay (post petition acts).

In the event, due to my health and the shortened time scheduling, that I cannot get a formal reply and opposition to the "Bad Faith", "No Equity interest" "Not necessary for a re-organization"

claims and other issues noted above, the following is my "rebuttal by clear and convincing evidence".

In August 2004, when I filed my Chapter 13 case, all mortgages payments on the Three Properties were current due to payments made by companies I work for (Moore & Moore, BT (M&M) or have interest in (Financial Network Exchange, LP (FNE). During the period of August 2004 through January 2006 all mortgages payments were maintained and/or re-instated due to curing past due payments by myself or through the work I had done as the party in interest who maintained the properties.

In January 2006, when my Chapter 13 case was involuntarily converted to a Chapter 7 because I was unable to refinance the Longridge Property due to the conflicting efforts of Ms. De Sosa. Even during the period that the Chapter 7 Trustee David Gottlieb investigated the Teresa Moore Chapter 7 estates interest in the properties, I maintained the properties and arranged payment of the mortgages to the best of my ability in light of the continued interference of Ms. De Sosa and others efforts to force the properties into foreclosure.

To date, over $464,167 has been paid by myself, M&M, FNE, or my daughter Jennifer Moore to mortgage companies for the life of the loans. Although no "transfer tax" has been paid for the title transfers, at the completion of the transaction on each property when Ms. Park's loans are paid off, all "transfer tax" required would be paid. (see attached accounting of mortgage payments made)

During the period of my Chapter 13 filing all monthly payments were made on a timely basis and all "Bad Faith" claims were overruled. In July 2007, I received a "no asset case" by the Chapter 7 Trustee, and the delay in receiving the discharge was a clerical error. Other than the clerical error in issuing the discharge, I filed a Chapter 13 plan in good faith with a feasible plan to make all mortgage payments until the properties were refinanced and all loans were re-instated or assumed.

The payment of the secured creditor's has always been my primary objective and when Ms. Parks and her brother filed fraudulent liens against The Properties totaling over $920,000 it was a scheme by Ms. Parks and her family members to defaud the creditors and force the properties into foreclosure so they would receive the "surplus proceeds". The Parks liens were filed without my knowledge and without legal authority.

I have consistently attempted to refinance the properties to get the lenders paid. After Ms. Parks filed the fraudulent liens, I attempted to arrange the assumption of all three loans, and was denied assumption packages from the lenders because Ms. Parks would not authorize the mailing of the assumption packages. (see email requests)

Within the first week of Ms. Park's filing, I was contacted by you directly, and I forwarded documents that demonstrated my interest in the properties. I met with you personally to discuss the refinance of the lenders loans and asked that as the Trustee of the Parks Estate that you arrange for the assumption packages by each lender be mailed out so we could get the loans out of Ms. Parks name and sort out any equity claims her estate has. I provided full appraisals for

two of the properties and a comparative value analysis for the Longridge Property to establish their value. To date I have had no reply to this request. Additionally, when I agreed to allow the Longridge Property to be sold in exchange for any equity claims Ms. Parks Estate had in all three Properties, although I was under extreme physical pain, I arranged to show the property to your Real Estate Agent. When your Real Estate Agent came back and wanted to list the property for $300,000 less than it was worth, without a formal agreement on the other properties, I refused to turnover the property for her listing.

In light of the close to $500,000 of payments made (not including repairs, maintenance, and legal fees paid for the properties) since the acquisition of the mortgages by Ms. Parks, the extensive efforts on my part to maintain the properties, manage tenants, and deal with frivolous lawsuits by Ms. De Sosa and others, I find there is substantial "clear and convincing evidence" that there is no "Bad Faith" in the filing of my Chapter 13, which calls for a 100% payment to all creditors and no efforts to perpetuate a "scheme to delay, hinder, and defraud creditors and abuse the bankruptcy system". If anything, a full investigation should be made on behalf of Ms. Parks, her family, and the liens filed and the properties interests that she has shifted to her family members.

I am eager to get closure on my business relations with Ms. Parks estate and am willing and anxious to get the properties refinance and a settlement to Ms. Parks estate for claims of interest remain.

I am scheduled to have an MRI on Friday and will be driving back to Los Angeles late Thursday night. I will forward this letter and the attachments to your attorney and Judge Mund's clerk so there is no confusion on my position on the RFS motion and the claims for Bad Faith, No Equity, and Scheme to defraud.

Sincerely,

*Teresa J. Moore*
Teresa J. Moore

<div style="text-align:center">
Teresa J. Moore<br>
4251 Laurel Canyon Blvd.<br>
Studio City, CA 91604<br>
Tel: 818-206-1146<br>
Fax: 818-301-2577
</div>

15 January 2008

Elizabeth Rojas, Chapter 13 Trustee
VIA FACSIMILE: 818-933-5755

Re: 341 Hearing Scheduled for 1/16/08 at 9am.

Dear Ms. Rojas:

I telephoned your office this morning to request a continuance of the 341 Hearing scheduled for tomorrow at 9am due to medical issues. The case number is : 14-758 GM.

I am currently over 300 miles away and am dealing with medical emergency issues and cannot make the scheduled appointment.

I am dealing with 5 fibroid tumors that are causing obstructions and severe pain. I have just received the Doctor's request for an MRI and am arranging that test immediately so I can qualify for an alternative medical solution other than emergency surgery for a hysterectomy.

I have attached a copy of the ultrasound performed in late December and the Doctor's MRI request.

I have filed my chapter 13 case in good faith, do not want to see my case dismissed because of the medical emergency and am not in the area to file a motion to continue the 341 hearing.

Please reschedule my 341 hearing and notify me by facsimile of the new date, so I can arrange to be in Los Angeles to attend the 341 hearing. In the meantime, I will forward my first Chapter 13 payment by mail to your office, and produce all other documents that are required by your office.

Sincerely,

*[signature]*
Teresa J. Moore

B9I (Official Form 9I) (Chapter 13 Case) (12/07)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

**Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines**

The debtor(s) listed below filed a Chapter 13 bankruptcy case on December 4, 2007.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 21041 Burbank Blvd, Woodland Hills, CA 91367-6603**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**See Reverse Side For Important Explanations**

| Debtor(s) (name(s) and address):<br>Teresa Jean Moore<br>4251 Laurel Canyon Blvd<br>Studio City, CA 91604 | Case Number:<br>1:07-bk-14758-GM |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden, and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx-xx-3663 |
| Attorney for Debtor(s) (name and address):<br>Teresa Jean Moore<br>4251 Laurel Canyon Blvd<br>Studio City, CA 91604<br>Telephone number: 818-206-1146 | Bankruptcy Trustee (name and address):<br>Elizabeth (SV) Rojas<br>15301 Ventura Blvd., Bldg. B, Suite 400<br>Sherman Oaks, CA 91403<br>Telephone number: (818) 933-5700 |

**Meeting of Creditors**

Date: **January 16, 2008**                                   Time: **09:00 AM**
Location: **21051 Warner Center Lane, #105, Woodland Hills,, CA 91367**

**Deadlines**

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **April 15, 2008**
For a governmental unit: (except as otherwise provided in Fed. R. Bankr. P. 3002 (c)(1)): **June 1, 2008**

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: March 16, 2008**
**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Hearing on Confirmation of Plan**

Date: **February 5, 2007**                                   Time: **01:30 PM**
Location: **21041 Burbank Blvd, Crtrm 303, Woodland Hills, CA 91367**
The plan or a summary of the plan will be sent separately by the debtor.

**Creditors May Not Take Certain Actions**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your right in this case.

| Address of the Bankruptcy Clerk's Office:<br>21041 Burbank Blvd,<br>Woodland Hills, CA 91367-6603<br>Telephone number: 818-587-2900 | Clerk of the Bankruptcy Court:<br>Jon D. Ceretto |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date: December 4, 2007 |
| (Form rev. 12/07:341-B9I) | 2/EHS |

*Medical Discounts, Inc.*
(888) 380-6337
Fax (888) 380-6337
Email – MedicalDiscounts@aol.com

## Imaging Referral Form

Patient Name: **Teresa Moore**

Patient Phone: **818-206-1146**

Referring Provider (Print): **Anne Roberts**

Provider Phone: **858-657-6650**   Provider Fax: **858-657-6691**

Examination Requested: **MRI of pelvis with gadolinium**

Clinical Impression: **Uterine fibroids - evaluate for size, ~~shape~~ position & enhancement.**

Referring Provider Signature: *[signature]*

### Report Results

___ Phone Report to: _____    ___ Fax Report to: _____

___ Send Additional Reports to: _____

**X** Send Films With Patient — preferably CD.

# SAN FERNANDO INTERVENTIONAL RADIOLOGY
16311 VENTURA BOULEVARD
ENCINO, CA 91436
Telephone (818) 817-7707 / Fax (818) 817-7727

---

**MOORE, TERESA**
MRN: 00207776-9
DOB: 01/12/1960   Sex:   F

Date of Service: 12/19/2007   4:33:00PM
Exam:   (SFI)   ULTRASOUND PELVIC (FEMALE)
              ENDOVAGINAL TRANSABD

BRUCE MCLUCAS, MD
100 UCLA MEDICAL PLAZA
SUITE 310
LOS ANGELES, CA 90025

Fax #   (310) 208-2621

---

REASON FOR EXAM: A 47-year-old female presenting with pelvic pain and menorrhagia and history of uterine fibroids.

PROCEDURE PERFORMED: Pelvic Ultrasound.

TECHNIQUE: Multiple transverse and longitudinal sonograms of the pelvis were performed using transabdominal imaging. Endovaginal imaging could not be performed due to the large size of the uterus.

FINDINGS: The uterus is markedly enlarged measuring 22.6 cm in length x 10.7 cm in maximum AP x 14.5 cm in maximum transverse dimension. Endometrial echo complex is mildly prominent but uniform in echogenicity measuring 2.2 cm in maximum AP dimension. No free fluid is within the endometrial cavity. Large dominant subserosal fibroid is present within the anterior uterine fundus measuring 10.7 x 9.3 x 11.4 cm in maximum dimension. This is seen as a slightly hypoechoic mass with mixed internal echogenicity. Another large fibroid is present in the subserosal location in the anterior body of the uterus measuring 10.6 x 9.1 x 13.3 cm in diameter. A smaller adjacent fibroid is present within the anterior mid uterine myometrium measuring 4.2 x 2.9 x 4.6 cm. An intramural fibroid is present within the posterior mid to lower uterine segment measuring 7.3 x 6.1 x 6.5 cm. Another smaller hypoechoic intramural fibroid is present within the lower uterine segment or upper cervix measuring 4.4 x 3.7 x 3.8 cm.

No free fluid is seen within the posterior cul-de-sac.

Ovaries were difficult to visualize. However, the right ovary appears to be mildly enlarged measuring 3.5 x 2.3 x 2.4 cm in diameter corresponding to an estimated overall volume of 10.3 cc. Several small contained cysts are present, none of which exceed 8 mm in diameter.

Left ovary is mildly enlarged measuring 3.5 x 2.0 x 3.1 cm in maximum dimension corresponding to an estimated overall volume of 8.5 cc. No evidence of associated dominant masses nor cysts. Several small follicular cysts are present none of which exceed 5 mm in diameter.

IMPRESSION:

1. Markedly enlarged fibroid uterus with a number of subserosal as well as intramural fibroids.

---

# SAN FERNANDO INTERVENTIONAL RADIOLOGY

16311 VENTURA BOULEVARD
ENCINO, CA 91436
Telephone (818) 817-7707 / Fax (818) 817-7727

**MOORE, TERESA**
**MRN:** 00207776-9
**DOB:** 01/12/1960   **Sex:** F

**Date of Service:** 12/19/2007  4:33:00PM
**Exam:** (SFI)  ULTRASOUND PELVIC (FEMALE)
ENDOVAGINAL TRANSABD

BRUCE MCLUCAS, MD
100 UCLA MEDICAL PLAZA
SUITE 310
LOS ANGELES, CA 90025

**Fax #**   (310) 208-2621

2. No free fluid seen within the posterior cul-de-sac.

3. No evidence of detectable adnexal dominant masses nor cysts.

**End of diagnostic report for accession:**           10827848

   **Dictated:**   12/19/2007  6:27PM

**Dictated By:**       Chin, Kenneth, MD
**Transcribed By:**    PS  12/20/2007  3:42AM
**Signed By:**         Kenneth Chin, MD  12/20/2007  9:09AM

# Teresa J. Moore

| | |
|---|---|
| **From:** | Teresa J. Moore [teresa_j_moore@yahoo.com] |
| **Sent:** | Saturday, December 15, 2007 12:24 PM |
| **To:** | 'zamora3@aol.com' |
| **Subject:** | FW: APPRAISAL REPORT - 16155 OTSEGO STREET |
| **Attachments:** | A0104027.pdf |



A0104027.pdf (1 MB)

Dear Ms. Zamora:

I received your voicemail message that you left at 8:30 pm on Friday evening. Your realtor left a message on Thursday late afternoon, however I did not return to the office until after 9pm on Thursday and left for a conference on Friday morning at 7:30am. This morning is the first opportunity I have had to respond to messages.

The Otsego property is not available to show at this time because there are tenants in the property and any attempt to access the property would jeopardize their tenancy.

I have enclosed an appraisal of the property that was done back in February when we were attempting a refinance of the property. I had requested a recertification of the appraisal in June and was told the value had dropped. I can also provide pictures of the home if necessary for you to complete your valuation of the property or have the same appraisal do a re-certification if necessary.

We are in the process of applying for an assumption of the first mortgage and a refinance of the second and remaining debts on the property.

The Longridge Property is available to show to your realtor, just have her leave a message of when she would like to see it. I do have caretakers in the home that I need to coordinate entrance for. My desire would be to transfer any interest in the Longridge Property to Ms. Parks estate to settle out my interest in the Otsego Property.

The Laurel Canyon Property is scheduled for foreclosure on Thursday and I am attempting to get financing to cure that loan prior to the sale.

I am available this weekend by telephone if you need to speak with me.

Sincerely,

Teresa Moore
(818) 206-1146

1

# Teresa J. Moore

| | |
|---|---|
| **From:** | Teresa J. Moore [teresa_j_moore@yahoo.com] |
| **Sent:** | Tuesday, December 18, 2007 11:32 AM |
| **To:** | 'Zamora3@aol.com' |
| **Subject:** | Payments to Norm Pomeranz |// 
| **Attachments:** | 20071119.01.pdf; 20071206.01.pdf; 20071213.01.pdf |

  

20071119.01.pdf   20071206.01.pdf   20071213.01.pdf
(36 KB)           (22 KB)           (26 KB)

r Nancy:

Attached are copies of the payments ($16,500) made to Norm Pomeranz since November 15, 2007 when Judge Mund granted relief from stay.

I thought this might help for tomorrow if you are requesting the stay on the Laurel Canyon Property be re-instated.

I am completing my schedules today to show a payback and refinance on the Laurel Canyon Property and the Otsego Property.

Please let me know if you need anything else. I am out of the office until this evening as I am having some medical tests done today.

Sincerely,

Teresa Moore

1

## Teresa J. Moore

**From:** Teresa J. Moore [teresa_j_moore@yahoo.com]
**Sent:** Friday, December 21, 2007 8:43 AM
**To:** 'Zamora3@aol.com'
**Cc:** Robert-Garvin: Moore
**Subject:** RE: Turnover of Keys for Longridge Property in Sherman Oaks/Parks Case

Dear Ms. Zamora:

As you know, in addition to the time sensitive demands of your office, the court hearings, and the Pomeranz foreclosure, I am also battling emergency medical issues. I did not return to my office until after 7:30 last night. On Wednesday, I had a colonics, to try to release the bowel blockage, an ultrasound, to determine if I had cancer or fibroid tumors, and two hearings one at 10am and the other at 1:30.

On Wednesday afternoon, after the 1:30 hearing, I had not had the opportunity to thoroughly review the papers you had submitted to the court outlining your objective with Ms. Parks estate. I had drank 32 oz of water that I was holding until I could get to my ultrasound appointment, and I was in severe pain from the full bladder, bowel obstruction and lower back pain which I have endured since Saturday afternoon.

On Thursday, I had another colonics treatment, was on the phone trying to get into a Clinical trial at UC San Diego, and arranged to pick up the results of my ultrasound, which documented that I have 5 large fibroid tumors that total approximately 37x31x41 cm.

Today, I may have to drive to UC San Diego to get records and arrange for an MRI so I can be considered as a candidate for their Fibroid Tumor Clinical Test which would provide no cost to remove the 5 tumors.

When you and your Realtor suggested you market the Longridge Property for less than $1million, outside of the court room after the hearing, I objected and said the property was worth at least $1.2 million. During the hearing with Judge Mund, she strongly urged me to get an attorney in the matters of the Otsego Property. After briefly reviewing the papers you filed, and with Judge Mund's recommendation that I get an attorney to address the Trustee's claims (your papers that she reviewed), I am not prepared to turnover the keys to the Longridge House today and agree to allowing you to sell my interest in the property with a beginning price of less than $1 mil. I would be interested in assigning all my interest in the Longridge Property in exchange for a complete settlement of my claims in the other properties.

I am very open and receptive to settling my interest in the Properties that Ms. Parks is on the loans for. I need some time to discuss with an attorney my legal rights. Additionally, my immediate health issues prevent me from considering and meeting with an attorney before the end of the day to meet your request of turning over the keys to the Longridge Property.

Before I allow your Realtor to list the property, as a titled owner, I will need to know what the exit strategy is with Ms. Parks estate and my interest in all three properties. Additionally, if the Laurel Canyon Property is lost to foreclosure, I will look to Ms. Parks estate for the damages caused by this.

The soonest I am available for further discussion on this matter is Dec 27 by telephone as I will be in Carmel dealing with my daughter's wedding scheduled for Dec 29, 2007. I hope by that time I will have been able to contact an attorney for legal advice.

I apologize for the delay, however in light of the holidays, my health, and my family obligations, this is the best I can do.

If you would like to speak with me by telephone throughout this weekend to discuss an exit strategy that I can entertain with an attorney, please let me know what time is good for you and I will do my best to be available by telephone.

Sincerely,

Teresa Moore
(818) 206-1146

---

**From:** Zamora3@aol.com [mailto:Zamora3@aol.com]
**Sent:** Thursday, December 20, 2007 6:24 PM
**To:** teresa_j_moore@yahoo.com
**Cc:** BehnazTavakoli@aol.com; behnaz@remaxgrand.com; lekvall@wgllp.com; JGolden@wgllp.com; Maria.Marquez@usdoj.gov; kate.bunker@usdoj.gov; Jennifer.L.Braun@usdoj.gov; SBiggs@biggsco.com; stuart@pricelawgroup.com
**Subject:** Turnover of Keys for Longridge Property in Sherman Oaks/Parks Case

Teresa:

Yesterday during and after Court you agreed to turnover the keys for the Longridge Property in Sherman Oaks to me by delivering the keys to Behnaz Tavakoli, RE/MAX Grand Central as my real estate agent.

Ms. Tavakoli reports to me that you have not contacted her today, as we all agreed you would do. She also reports that she has e-mailed you twice with no response from you.

You have informed me that you have certain medical issues and that you will be going out of town this week-end for a period of approximately 2 weeks.

As you know, the current real estate market requires that I act promptly to list and market the Sherman Oaks property.

Please respond today regarding where and when the keys will be provided to my broker. I anticipate that such turnover of keys will occur by no later than 3:00 p.m. on Friday, December 21, 2007. Please confirm as soon as possible.

Thank you,

Nancy Zamora
Chapter 7 Trustee
Estate of Debra Denise Parks

---

See AOL's top rated recipes and easy ways to stay in shape for winter.

1/16/2008

| Type  | Date       | Num  | Name              | Memo                      | Account  | Clr | Split             | Amount      |
|-------|------------|------|-------------------|---------------------------|----------|-----|-------------------|-------------|
| Check | 01/14/2004 | 116  | Sonja Parks       | 4251 Laurel Canyon        | WMB-5066 | √   | Mortgage Interest | -2,500.00   |
| Check | 01/11/2005 |      | FNE Client Payment |                          |          |     | Mortgage Interest | -50,000.00  |
| Check | 05/10/2005 | 4365 | Tom Block         |                           | WFB-0618 | √   | Mortgage Interest | -2,157.94   |
| Check | 11/15/2005 |      | Tom Block         |                           | WMB-5066 | √   | Mortgage Interest | -506.00     |
| Check | 03/30/2006 |      | FNE Client Payment |                          |          |     | Mortgage Interest | -25,000.00  |
| Check | 05/01/2006 |      | Sonja Parks       | Wire Transfer             | BOH-5054 | √   | Mortgage Interest | -12,500.00  |
| Check | 09/11/2006 | 102  | Sonja Parks       | Laurel Payment            | USB9750  | √   | Mortgage Interest | -3,000.00   |
| Check | 09/13/2006 | 104  | Sonja Parks       | Laurel Payment            | USB9750  | √   | Mortgage Interest | -2,000.00   |
| Check | 09/18/2006 | 108  | Sonja Parks       | Laurel Payment - Late Fees| USB9750  | √   | Mortgage Interest | -200.00     |
| Check | 09/29/2006 | 117  | Sonja Parks       |                           | USB9750  | √   | Mortgage Interest | -500.00     |
| Check | 03/05/2007 |      | Tom Block         |                           | USB9750  | √   | Mortgage Interest | -20,000.00  |
| Check | 11/19/2007 |      | Tom Block         |                           | WFB-0618 |     | Mortgage Interest | -14,000.00  |
| Check | 12/06/2007 |      | Tom Block         |                           | WFB-0618 |     | Mortgage Interest | -1,500.00   |
| Check | 12/13/2007 |      | Tom Block         |                           | WFB-0618 |     | Mortgage Interest | -2,000.00   |
|       |            |      |                   |                           |          |     |                   | -135,863.94 |

The total of all payment made to Debra Parks and mortgage companies, which does not include legal fees, repair charges, utilities charges, maintenance charges, and management fees

| | |
|---|---|
| Parks | $135,863.94 |
| Otsego | $50,884.90 |
| Longridge | $55,461.13 |
| Laurel | $221,955.33 |
| **TOTAL** | **$464,165.30** |

## Otsego Street House (Cont.)
### Mortgage Payments

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Bill Pmt -Check | 01/01/2003 | 1002 | FLS-8247 | 1044198247 | FRB-1219 | √ | Accounts Payable | -1,293.08 |
| Check | 02/16/2004 | 128 | FLS-8246 | 1044198246 | WMB-5066 | √ | Mortgage Interest | -8,626.45 |
| Check | 02/19/2004 | 131 | FLS-8247 | 1044198247 | WMB-5066 | √ | Mortgage Interest | -1,369.73 |
| Check | 03/16/2004 | | SMS-8246 | 1044198246 | WFB-0618 | √ | Mortgage Interest | -4,414.95 |
| Check | 03/18/2004 | 4301 | FLS-8247 | 1044198247 | WFB-0618 | √ | Mortgage Interest | -1,305.08 |
| Check | 04/16/2004 | 4302 | FLS-8247 | 1044198247 | WFB-0618 | √ | Mortgage Interest | -1,305.08 |
| Check | 04/16/2004 | | SMS-8246 | 1044198246 | WFB-0618 | √ | Mortgage Interest | -4,414.95 |
| Check | 07/30/2004 | | SMS-8246 | 1044198246 | WFB-0618 | √ | Mortgage Interest | -4,414.95 |
| Check | 08/18/2004 | | SMS-8246 | 1044198246 | WFB-0618 | √ | Mortgage Interest | -4,417.95 |
| Check | 01/03/2005 | | SMS-8246 | 1044198246 | WFB-0618 | √ | Mortgage Interest | -4,195.83 |
| Check | 03/02/2005 | | SMS-8246 | 1044198246 | WFB-0618 | √ | Mortgage Interest | -4,405.62 |
| Check | 04/01/2005 | | SMS-8246 | 1044198246 | WFB-0618 | √ | Mortgage Interest | -4,195.83 |
| Bill Pmt -Check | 04/16/2005 | 4357 | SMS-8246 | 1044198246 | WFB-0618 | √ | Accounts Payable | -1,305.08 |
| Check | 06/02/2006 | | FLS-8247 | 1044198247 | WFB-0618 | √ | Mortgage Interest | -1,305.08 |
| Check | 09/05/2006 | | FLS-8247 | 1044198247 | WFB-0618 | √ | Mortgage Interest | -1,305.08 |
| Check | 10/04/2006 | 2002 | FLS-8247 | 1044198247 | USB9750 | √ | Mortgage Interest | -1,305.08 |
| Check | 12/04/2006 | 1032 | FLS-8247 | 1044198247 | USB9750 | √ | Mortgage Interest | -1,305.08 |
| | | | | | | | | **-50,884.90** |

**Longridge Terrace Rehouse**
**Mortgage Payments**

| Type  | Date       | Num | Name                                 | Memo       | Account  | Clr | Split             | Amount     |
|-------|------------|-----|--------------------------------------|------------|----------|-----|-------------------|------------|
| Check | 10/01/2004 | 244 | Countrywide Mortgage Service (CMS-8217) |            | WMB-5066 | √   | Mortgage          | -1,027.55  |
| Check | 10/29/2004 | 197 | Countrywide Mortgage Service (CMS-8217) |            | WMB-5066 | √   | Mortgage          | -960.84    |
| Check | 11/17/2004 |     | IndyMac Bank (IMB-6735)              |            | WMB-5066 | √   | Mortgage          | -3,508.38  |
| Check | 12/01/2004 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -934.13    |
| Check | 12/01/2004 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -9.00      |
| Check | 01/03/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -1,027.55  |
| Check | 01/03/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -12.00     |
| Check | 01/04/2005 |     | IndyMac Bank (IMB-6735)              | 1003616735 | WFB-0618 | √   | Mortgage Interest | -3,508.38  |
| Check | 01/18/2005 |     | IndyMac Bank (IMB-6735)              |            | WMB-5066 | √   | Mortgage          | -4,011.05  |
| Check | 01/19/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -934.13    |
| Check | 01/19/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -15.00     |
| Check | 03/01/2005 |     | IndyMac Bank (IMB-6735)              | 1003616735 | WFB-0618 | √   | Mortgage Interest | -4,011.05  |
| Check | 03/02/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -934.13    |
| Check | 03/02/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -9.00      |
| Check | 03/31/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -934.13    |
| Check | 03/31/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -9.00      |
| Check | 04/01/2005 |     | IndyMac Bank (IMB-6735)              | 1003616735 | WFB-0618 | √   | Mortgage Interest | -5,325.94  |
| Check | 04/19/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -934.13    |
| Check | 04/19/2005 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -9.00      |
| Check | 04/19/2005 |     | IndyMac Bank (IMB-6735)              | 1003616735 | WFB-0618 | √   | Mortgage Interest | -4,775.20  |
| Check | 06/01/2006 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -960.84    |
| Check | 06/01/2006 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | WFB-0618 | √   | Mortgage Interest | -9.00      |
| Check | 06/02/2006 |     | IndyMac Bank (IMB-6735)              | 1003616735 | WFB-0618 | √   | Mortgage Interest | -5,327.84  |
| Check | 07/03/2006 |     | Countrywide Mortgage Service (CMS-8217) | 8217       | WMB-5066 | √   | Mortgage          | -960.84    |
| Check | 07/14/2006 |     | Countrywide Mortgage Service (CMS-8217) |            | WMB-5066 | √   | Mortgage          | -1,588.00  |
| Check | 08/01/2006 |     | Countrywide Mortgage Service (CMS-8217) | 8217       | WMB-5066 | √   | Mortgage          | -960.84    |
| Check | 08/01/2006 |     | IndyMac Bank (IMB-6735)              | 6735       | WMB-5066 | √   | Mortgage          | -10,832.92 |
| Check | 09/05/2006 |     | Countrywide Mortgage Service (CMS-8217) | 8217       | WMB-5066 | √   | Mortgage          | -934.13    |
| Check | 10/03/2006 |     | Countrywide Mortgage Service (CMS-8217) | 041118217  | USB9750  | √   | -SPLIT-           | -939.13    |
|       |            |     |                                      |            |          |     |                   | -55,451.13 |

# Laurel Canyon House and Otsego Street House
## Mortgage Payments

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 01/01/2003 | 1001 | First Franklin Loan Services | 1044033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 01/01/2003 | 1001 | SMS-8246 | 1044198246 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 02/06/2003 | 1004 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 02/06/2003 | 1003 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,383.18 |
| Check | 02/25/2003 | 1006 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,316.93 |
| Check | 02/25/2003 | 1005 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,383.18 |
| Check | 04/04/2003 | 1007 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 04/04/2003 | 1008 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,383.18 |
| Check | 05/05/2003 | 1010 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 05/05/2003 | 1011 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,383.18 |
| Check | 05/27/2003 | 1014 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 05/27/2003 | 1013 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,383.18 |
| Check | 07/08/2003 | 1017 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 07/08/2003 | 1018 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,383.18 |
| Check | 08/12/2003 | 1020 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 08/12/2003 | 1021 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,383.18 |
| Check | 10/01/2003 | 031001 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,514.77 |
| General Journal | 10/02/2003 | | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,470.18 |
| Check | 10/11/2003 | 1028 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 10/11/2003 | 1029 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,383.18 |
| Check | 11/24/2003 | 1033 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,276.20 |
| Check | 11/24/2003 | 1032 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -2,792.35 |
| Check | 12/12/2003 | 1034 | Saxon Mortgage Services | 74033465 | FRB-1219 | √ | Mortgage Interest | -4,072.58 |
| Check | 01/14/2004 | 1035 | Wishire Credit Corp | 187201 | FRB-1219 | √ | Mortgage Interest | -1,466.17 |
| Check | 01/30/2004 | 4288 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -4,082.53 |
| Check | 02/27/2004 | | Saxon Mortgage Services | Laurel Canyon Blvd | WMB-5066 | √ | Mortgage Interest | -4,621.57 |
| Check | 02/27/2004 | | Wishire Credit Corp | 4251 Laurel Canyon | WMB-5066 | √ | Mortgage Interest | -1,471.17 |
| Check | 03/17/2004 | | Wishire Credit Corp | 187201 | WFB-0618 | √ | Mortgage Interest | -1,471.17 |
| Check | 04/16/2004 | 040416 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -4,205.78 |
| Check | 04/19/2004 | | Wishire Credit Corp | 187201 | WFB-0618 | √ | Mortgage Interest | -1,388.18 |
| Check | 06/01/2004 | | Wishire Credit Corp | 4251 Laurel Canyon | WMB-5066 | √ | Mortgage Interest | -1,471.17 |
| Check | 06/02/2004 | | Saxon Mortgage Services | Laurel Canyon Blvd | WMB-5066 | √ | Mortgage Interest | -4,414.95 |
| Check | 06/02/2004 | | Saxon Mortgage Services | Laurel Canyon Blvd | WMB-5066 | √ | Mortgage Interest | -4,202.78 |
| Check | 07/30/2004 | 040730 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -4,202.78 |
| Check | 08/02/2004 | | Wishire Credit Corp | 187201 | WFB-0618 | √ | Mortgage Interest | -1,393.18 |
| Check | 08/18/2004 | | Saxon Mortgage Services | Laurel Canyon Blvd | WMB-5066 | √ | Mortgage Interest | -4,202.78 |
| Check | 09/02/2004 | | Wishire Credit Corp | 4251 Laurel Canyon | WMB-5066 | √ | Mortgage Interest | -1,632.15 |
| Check | 09/30/2004 | 4311 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -6,866.91 |
| Bill Pmt -Check | 10/04/2004 | 4310 | Wishire Credit Corp | 187201 | WFB-0618 | √ | Mortgage Interest | -1,471.17 |
| Check | 11/01/2004 | | Wishire Credit Corp | 4251 Laurel Canyon | WMB-5066 | √ | Mortgage Interest | -1,388.18 |
| Check | 11/17/2004 | | Saxon Mortgage Services | Laurel Canyon Blvd | WMB-5066 | √ | Mortgage Interest | -4,195.83 |
| Check | 11/18/2004 | | Wishire Credit Corp | 4251 Laurel Canyon | WMB-5066 | √ | Mortgage Interest | -1,471.17 |
| Check | 11/30/2004 | 4315 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -6,862.46 |
| Check | 01/03/2005 | 041231 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -6,859.96 |
| Check | 01/04/2005 | | Wishire Credit Corp | 187201 | WFB-0618 | √ | Mortgage Interest | -1,388.18 |
| Check | 01/19/2005 | | Saxon Mortgage Services | Laurel Canyon Blvd | WMB-5066 | √ | Mortgage Interest | -4,195.83 |
| Check | 01/19/2005 | | Saxon Mortgage Services | Laurel Canyon Blvd | WMB-5066 | √ | Mortgage Interest | -7,353.96 |
| Check | 01/20/2005 | | Wishire Credit Corp | 4251 Laurel Canyon | WMB-5066 | √ | Mortgage Interest | -1,471.17 |
| Check | 03/02/2005 | | Saxon Mortgage Services | Laurel Canyon Blvd | WMB-5066 | √ | Mortgage Interest | -6,882.88 |
| Check | 03/03/2005 | | Wishire Credit Corp | 4251 Laurel Canyon | WMB-5066 | √ | Mortgage Interest | -1,388.18 |
| Check | 04/01/2005 | 050401 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -6,956.58 |
| Check | 04/04/2005 | | Wishire Credit Corp | 4251 Laurel Canyon | WMB-5066 | √ | Mortgage Interest | -2,854.35 |
| Check | 04/19/2005 | 050419 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -6,632.08 |
| Check | 05/03/2005 | 050503 | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -5,113.83 |
| Check | 06/02/2006 | | Saxon Mortgage Services | 74033465 | WFB-0618 | √ | Mortgage Interest | -7,389.19 |
| Check | 06/02/2006 | | Wishire Credit Corp | 187201 | WFB-0618 | √ | Mortgage Interest | -1,388.18 |
| Check | 07/05/2006 | | Wishire Credit Corp | Loan7201 | WMB-5066 | √ | Mortgage Interest | -1,388.18 |
| Check | 08/02/2006 | | Saxon Mortgage Services | 7181 | WMB-5066 | √ | Mortgage Interest | -7,389.19 |
| Check | 08/02/2006 | | Wishire Credit Corp | 7201 | WMB-5066 | √ | Mortgage Interest | -1,388.18 |
| Check | 08/31/2006 | | Saxon Mortgage Services | 3465 | WMB-5066 | √ | Mortgage Interest | -6,685.00 |
| Check | 09/06/2006 | | Wishire Credit Corp | 187201 | WFB-0618 | √ | Mortgage Interest | -1,393.18 |
| Check | 09/14/2006 | 105 | Wishire Credit Corp | 187201 | USB9750 | √ | Mortgage Interest | -12,195.48 |
| Check | 10/04/2006 | | Wishire Credit Corp | 187201 | USB9750 | √ | Mortgage Interest | -1,388.18 |

**Laurel Canyon Payments - TOTAL    -221,957.33**

## Teresa J. Moore

**From:** Teresa J. Moore [teresa_j_moore@yahoo.com]
**Sent:** Wednesday, September 26, 2007 8:16 AM
**To:** 'Sonja'
**Subject:** Bankruptcy filing

Dear Sonja:

Because I did not hear from you at all on Monday after leaving over 10 messages and did not hear from you on Tuesday morning, I filed an involuntary Chapter 7 Bankruptcy against you at 10am. I have mailed a copy to you and would like to discuss it with you. I don't think Robert would be a good mediator, but would suggest we use Claire Melde.

In the meantime, I did receive your filing at about 10:20 and noticed it was for a Chapter 13. Was this an error on your part? In any case, your Chapter 13 will be dismissed and possibly a bad faith filing can be assessed and a 180 day bar from filing can be penalized. If this was an error, perhaps we can immediately try to correct it or have you file a motion to convert to a Chapter 7. If you are willing to do this, I will dismiss the involuntary case filed against you.

Please call me or email me so we can discuss the finalization of our property issues.

Teresa Moore

1/16/2008