Teresa J. Moore
13636 Ventura Blvd. #246
Sherman Oaks. California 91423
Tel: (818) 206-1146
Fax: (818) 301-2577

*As the Debtor.*

FILED

JAN 22 2008

# UNITED STATES BANKRUPTCY COURT
## CALIFORNIA CENTRAL DISTRICT

In re

TERESA JEAN MOORE

Debtor.

Case No: 04-15349-GM  (Chapter 7)
Case No: 07-14758-GM  (Chapter 13)
Related Case No: 07-14784-GM (Chapter 13)

**DEBTOR NON-AVAILABILITY NOTICE**

PLEASE TAKE NOTICE: Teresa Jean Moore is the Debtor in this case and prosecutes all contested matters in her name. The Debtor requests the service of all filings by the delivery at her email-address: **teresa_j_moore@yahoo.com** or at her facsimile-address: **818-301-2577**. The Debtor Teresa J. Moore will be out of the state and unavailable for appearances from the 01/23/2008 through the 02/21/2008.

DATE: 22 Jan 08

Respectfully Presented.

*[signature]*
Teresa J. Moore
13636 Ventura Blvd. #246
Sherman Oaks. California 91423
Tel: (831) 634-9485 • Fax: (818) 301-2577

**UNITED STATES BANKRUPTCY COURT**
**CALIFORNIA CENTRAL DISTRICT**

| In Re<br><br>Teresa Jean Moore<br><br>Debtor | Case No: 04-15349-GM (Chapter 7)<br>Case No: 07-14758-GM (Chapter 13)<br>Related Case No: 07-14784-GM (Chapter 13)<br><br>**CERTIFICATE OF SERVCE** |
|---|---|

On <u>January 22, 2008</u>. I served the **DEBTOR NON-AVAILABILITY NOTICE** on the parties of the <u>Service Address List</u> by depositing a true copy of the document in a sealed envelope with the U.S. Postal Service at <u>Studio City, California</u>.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 1/22/2008

Robert-Garvin: Moore

## SERVICE ADDRESS LIST

| David Kieth Gottlieb, Chapter 7 Trustee<br>c/o James K.T. Hunter, Esq.<br>10100 Santa Monica Blvd. 11th Floor<br>Los Angeles, California 90067 | Clerk of the Court<br>U.S. BANKRUPTCY COURT<br>1041 Burbank Boulevard<br>Woodland Hills, CA 91367-6609 |
|---|---|
| United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, California 91367 | Elizabeth Rojas, Chapter 13 Trustee<br>15301 Ventura Blvd., Suite 400<br>Sherman Oaks, California 91403 |
| Richard Garber<br>Chapter 13 Plan Attorney<br>5437 Vantage Avenue<br>North Hollywood, California 91607 | Nancy Zamora, Chapter 13 Trustee<br>444 South Flower Street, Suite 1550<br>Los Angeles, California 90071 |
| Debra Parks<br>c/o Stuart M. Price<br>15760 Ventura Blvd, Suite 1100<br>Encino, California 91436 | Lei Lei Wang Ekvall<br>Parks Estate Counsel<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626 |

| | |
|---|---|
| Norm Pomeranz<br>c/o Terry M. Magady<br>11400 W. Olympic Blvd., 9th Floor<br>Los Angeles, California 90064-1500 | Ruth de Sosa<br>c/o Jeffrey W. Erdman<br>BENNET & ERDMAN<br>5670 Wilshire Blvd, Suite 1400<br>Los Angeles, California 90036 |
| Sharon Stevens<br>c/o Michael Sacks<br>1894 Commerce Center West, Suite 108<br>San Bernardino, California 92408 | James K.T. Hunter<br>Chapter 7 Trustee Attorney<br>10100 Santa Monica Blvd, 11th Floor<br>Los Angeles, California 90067-4100 |
| David D. Parker, Trustee<br>c/o Kirk J. Grossman, Esq.<br>200 E. Santa Clara Street, Suite 200<br>Ventura, California 93001 | Venetia Featherstone-Witty<br>c/o Timothy A. Pupach, Esq.<br>93 Devine Street, Suite 210<br>San Jose, California 95110 |