| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **BAR ID: 163047**<br>Lei Lei Wang Ekvall<br>WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>**Telephone # (714) 966-1000   Fax # (714) 966-1002**<br>☐ *Individual appearing without counsel*<br>☑ *Attorney for:* Nancy Hoffmeier Zamora, Chapter 7 Trustee of Debra Parks | **FILED & ENTERED**<br><br>**FEB 01 2008**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY espino   DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re: | | |
|---|---|---|
| TERESA JEAN MOORE | | CHAPTER: 13 Case |
| | | CASE NO.: 1:07-14758-GM |
| | Debtor(s). | DATE: January 17, 2008<br>TIME: 9:30 a.m.<br>CTRM: 303<br>FLOOR: |

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)

**(MOVANT:** <u>Nancy Hoffmeier Zamora, Chapter 7 Trustee of the Estate of Debra Denise Parks</u>**)**

1. The Motion was:   ☐ Contested   ☑ Uncontested   ☐ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:*   **See attached (pp. 3-4).**
    *Apartment/Suite No.:*
    *City, State, Zip Code:*

    Legal description or document recording number (including county of recording):

    ☑ See attached page.

3. The Motion is granted under:   ☑ 11 U.S.C. § 362(d)(1)   ☑ 11 U.S.C. § 362(d)(2)   ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☑ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☑ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*   **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 13 Case |
|---|---|---|---|
| | TERESA JEAN MOORE | Debtor(s) | CASE NO: 1:07-14758-GM |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d. ☐ See attached continuation page for additional provisions.

###

DATED: February 1, 2008

*[signature]*

United States Bankruptcy Judge

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                          **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 13 Case |
|---|---|---|---|
| | TERESA JEAN MOORE | Debtor(s) | CASE NO: 1:07-14758-GM |

**CONTINUATION PAGE TO ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

MOVANT:  Nancy Hoffmeier Zamora, Chapter 7 Trustee
of the Estate of Debra Denise Parks

2. Property affected:

   a. 16155 Otsego Street
      Encino, California 91436 ("the Encino Property")

      Legal Description

      Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

      ALL OF LOT 1 AND THAT PORTION OF THE SOUTH 35 FEET OF LOT 10, OF TRACT NO. 21148, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 562 PAGE(S) 38 TO 40 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, LYING WESTERLY OF THE NORTHERLY PROLONGATION OF THE EASTERLY LINE OF LOT 1 OF SAID TRACT 21148.

      APN: 2260-019-001

   b. 4251 Laurel Canyon Boulevard
      Studio City, California 91604 ("the Studio City Property")

      Legal Description

      Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

      LOT 377, OF TRACT NO. 7578, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 83, PAGE(S) 19 TO 21 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

      APN: 2367-005-034

   c. 3239 Longridge Terrace
      Sherman Oaks, California 91423 ("the Sherman Oaks Property")

      Legal Description

      Real property in the City of Los Angeles, County of Los Angeles, State of California, described as follows:

      PARCEL 1:
      LOT 13, TRACT 22078, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 623 PAGE(S) 43 TO 46 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

      PARCEL 2:
      AN EASEMENT FOR INGRESS AND EGRESS, PUBLIC UTILITY AND DRAINAGE PURPOSES, TO BE USED IN COMMON WITH OTHERS, OVER THE PORTION OF LOT 14 OF TRACT 22078, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, BOOK 623 PAGES 43 TO 46 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER, DESCRIBED AS FOLLOWS:

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                                   **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 13 Case |
|---|---|---|---|
| | TERESA JEAN MOORE | Debtor(s) | CASE NO: 1:07-14758-GM |

BEGINNING AT A POINT IN THE SOUTHEASTERLY LINE OF SAID LOT 14, DISTANT ALONG SAID SOUTHEASTERLY LINE SOUTH 21°00' 54" WEST 95 FEET FROM THE MOST EASTERLY CORNER OF SAID LOT 14; THENCE NORTH 32°40'30" WEST 58.24 FEET; THENCE NORTH 18°16'18" WEST 85 FEET TO THE MOST EASTERLY CORNER OF LOT 15 OF SAID TRACT 22078; THENCE CONTINUING NORTH 18°16'18" WEST 29.98 FEET; THENCE NORTH 60°55'09" WEST 70 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTH 69°06'10" WEST 60.14 FEET TO A POINT IN THE NORTHERLY LINE OF SAID 14, SAID NORTHWESTERLY LINE BEING A CURVE CONCAVE NORTHWESTERLY HAVING A RADIUS OF 125 FEET; A RADIAL LINE OF SAID CURVE TO SAID POINT BEARS SOUTH 37°03'47" EAST; THENCE NORTHEASTERLY ALONG SAID CURVE, IN SAID NORTHWESTERLY LINE, THROUGH A CONTROL ANGLE TO 16°02'33", AN ARC DISTANCE OF 35 FEET TO THE MOST NORTHERLY CORNER OF SAID LOT; THENCE ALONG THE NORTHEASTERLY LINE OF SAID LOT 14, SOUTH 60°55'09" EAST 50 FEET; THENCE SOUTH 29°04'51" WEST 25 FEET TO THE TRUE POINT OF BEGINNING.

APN: 2385-011-011

The Encino Property, the Studio City Property, and the Sherman Oaks Property are hereinafter sometimes collectively referred to as "the Properties."

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                                                           **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 13 Case |
|---|---|---|---|
| | TERESA JEAN MOORE | Debtor(s) | CASE NO: 1:07-14758-GM |

## PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF ORANGE

 I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

 On January 18, 2008, I served the foregoing document described as **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as indicated on the attached service list.

☑ BY MAIL

  ☐ I deposited such envelope in the mail at Costa Mesa, California. The envelope was mailed with postage thereon fully prepaid.

  ☑ I deposited such envelope with the firm for collection and processing. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ BY OVERNIGHT DELIVERY

  ☐ I delivered such envelope to an authorized courier or driver authorized by the express service carrier to receive documents in an envelope or package designated by the express service carrier with delivery fees provided for.

  ☐ I deposited such envelope in a box or facility regularly maintained by the express service carrier in an envelope or package designated by the express service carrier with delivery fees provided for.

☐ BY FACSIMILE

 On _____, at _____ am/pm, I transmitted the foregoing document(s) from facsimile machine telephone number (714) 966-1002. The transmission was reported as complete and without error, and a record of the transmission was properly issued by the transmitting facsimile machine.

☐ BY PERSONAL SERVICE

 I delivered such envelope by hand to the offices of the addressee.

 Executed on January 18, 2008, at Costa Mesa, California.

  ☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

  ☐ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

| Terri L. Jones | Terri L. Jones |
|---|---|
| Type or print name | Signature |

___

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*    **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 13 Case |
|---|---|---|---|
| | TERESA JEAN MOORE | Debtor(s) | CASE NO: 1:07-14758-GM |

## SERVICE LIST FOR ORDER

**United States Trustee**
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367-6550

Teresa Jean Moore
4251 Laurel Canyon Boulevard
Studio City, CA 91604-2033
**Debtor**

Elizabeth Rojas
15301 Ventura Boulevard
Building B, Suite 400
Sherman Oaks, CA 91403-6629
**Trustee**

Ruth DeSosa
Bennett & Erdman
5670 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90036-5612

Nancy Hoffmeier Zamora
444 S. Flower Street, Suite 1550
Los Angeles, CA 90071-2916
**Parks Chapter 7 Trustee**

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*                                                                              **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: 13 Case |
|---|---|---|---|
| | TERESA JEAN MOORE | Debtor(s) | CASE NO: 1:07-14758-GM |

# SERVICE LIST FOR ENTERED ORDER

**SERVED ELECTRONICALLY**

**SERVED BY U.S. MAIL**

**United States Trustee**
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367-6550

Teresa Jean Moore
4251 Laurel Canyon Boulevard
Studio City, CA 91604-2033
**Debtor**

Elizabeth Rojas
15301 Ventura Boulevard
Building B, Suite 400
Sherman Oaks, CA 91403-6629
**Trustee**

Ruth DeSosa
Bennett & Erdman
5670 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90036-5612

Nancy Hoffmeier Zamora
444 S. Flower Street, Suite 1550
Los Angeles, CA 90071-2916
**Parks Chapter 7 Trustee**

Lei Lei Wang Ekvall, Esq.
Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP
650 Town Center Drive, Suite 950
Costa Mesa, CA 92626-7021

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*Revised July 2007*

**F 4001-1O.RP**