Teresa J. Moore
13636 Ventura Blvd, #246
Sherman Oaks, California 91423
Tel: (818) 206-1146
Fax: (818) 301-2577

FILED
JUN - 4 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

*For the Debtor.*

# UNITED STATES BANKRUPTCY COURT
# CALIFORNIA CENTRAL DISTRICT

In re

TERESA JEAN MOORE

Debtor.

Case No: 04-15349-GM  (Chapter 7)
Case No: 07-14758-GM (Chapter 13)
Related Case No: 07-14784-GM (Chapter 13)

**ANSWER OF THE APR 4, 2006 ORDER
TO SHOW CAUSE**

Date: June 4, 2007
Time: 10 a.m.
Place: Court-Room: 303
       21041 Burbank Boulevard
       Woodland Hills, California

**ANSWER OF THE APR 4, 2006**
ORDER TO SHOW CAUSE

PLEASE TAKE NOTICE: On the June 4, 2007 at the 10 a.m. , in the Room 303 of the U.S. Bankruptcy Court, California Central District, 21041 Burbank Boulevard, Woodland Hills, California. the DEBTOR: Teresa J. Moore will **answer** to the OSC hearing to determine if she meets the secured debt limits of 11 USC sec 109 (e).

On August 10, 2004, Moore filed a Chapter 13 re-organization plan case # SV04-15349 GM. At that time, the purported creditors were Ruth de Sosa, Sharon Stevens, Ty Ebright, Arnold Placencio, and Attorney David Sternberg. The claims were for purported interest in the Longridge Property, Vantage Property, Otsego Property, Schulte Property, and Robinson Property. Almost four years later, the issues are still the same, however, there has never been an evidentiary hearing or adversary proceeding to determine if any of the purported creditors have bona fide claims.

1     What has happened is the voluntary Chapter 13 was involuntarily converted to a Chapter 7
2 liquidation, with no bona fide creditors as required by 11 USC sec 303. No motion was filed by any
3 creditors requesting the conversion and no hearing was held when the Debtor filed a motion to convert
4 back. There is now a Chapter 7 Trustee attempting to liquidate assets in a case that has no bona fide
5 creditors and no statutory basis to allow the involuntary conversion.
6     The debtor is still attempting to re-organize, continues to make plan payments, and adamantly
7 defends the false claims made against her. This court has consistently stayed all attempts to determine
8 in an evidentiary hearing or adversary proceeding whether there are truly any bona fide creditors.
9     The court now brings an Order to Show cause on why the debtor's newly filed Chapter 13 case
10 should not be dismissed because the debtor does not meet the secured debt limitations of 11 USC sec
11 109(e).
12     At the same time as the OSC hearing, the court will hear a motion for Partial Summary
13 Judgment (PSJM) against the debtor on fraudulent conveyance claims made by the Chapter 7 Trustee
14 of the Parks Estate. Debra Parks is a creditor of Moore's current Chapter 13, who holds bear legal title
15 on the properties that Moore claims is part of her current Chapter 13 estate.
16     Moore claims that there are false statements made in Debra Parks' Chapter 7 schedules because
17 she has transferred assets to insiders, not reported all assets, and does not document Moore's interest in
18 the properties that are subject to the secured debt limitations. On May 15, 2008, in an emergency
19 motion, Moore requested additional time for discovery for the PSJM to document the claims of
20 fraudulent schedules and filings and the court denied the request.
21     The matters of fact that are in dispute that will determine whether Moore owns the Otsego and
22 Longridge properties must be heard through an evidentiary hearing before the court can determine if
23 the Properties in question truly do belong to Moore. In the event the court finds that Moore does own
24 the Otsego and Longridge properties and the secured debts of those properties exceed the secured
25 creditor limitations of section 109 (e), then Moore will move to convert her current Chapter 13 to a
26 Chapter 11 re-organization plan.
27     In the event the court rules that Moore's interest in the Otsego and Longridge Property were
28 fraudulent transfers, then Moore does meet the secured creditor limitation. And finally, in the event

1 the court hears Moore's motion to convert her involuntary Chapter 7 case back to the original Chapter
2 13 case because the involuntary conversion did not meet the requirements of 11 USC section 303, then
3 the issue of the current Chapter 13 becomes moot.

DATE: June 1, 2008                              Respectfully Presented,

*Teresa J. Moore* (signature)
Teresa J. Moore
13636 Ventura Blvd, #246
Sherman Oaks, California 91423
Tel: (818) 206-1146 • Fax: (818) 301-2577
teresa_j_moore@yahoo.com

UNITED STATES BANKRUPTCY COURT
CALIFORNIA CENTRAL DISTRICT

In re

TERESA JEAN MOORE

Debtor.

Case No: 04-15349-GM  (Chapter 7)
Case No: 07-14758-GM (Chapter 13)
Related Case No: 07-14784-GM (Chapter 13)

**DECLARATION OF MAILING**

On June 3, 2008, I served the **ANSWER OF THE APR 4, 2006 ORDER TO SHOW CAUSE** on the parties of the Service Address List by depositing a true copy of the document in a sealed envelope with the U.S. Postal Service at Carmel, California.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 6/3/2008

Robert-Garvin: Moore

SERVICE ADDRESS LIST

| | |
|---|---|
| David Kieth Gottlieb, Chapter 7 Trustee<br>c/o James K.T. Hunter, Esq.<br>10100 Santa Monica Blvd, 11th Floor<br>Los Angeles, California 90067 | Clerk of the Court<br>U.S. BANKRUPTCY COURT<br>1041 Burbank Boulevard<br>Woodland Hills, CA 91367-6609 |
| United States Trustee<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, California 91367 | Elizabeth Rojas, Chapter 13 Trustee<br>15301 Ventura Blvd., Suite 400<br>Sherman Oaks, California 91403 |
| Sharon Stevens<br>c/o Michael Sacks<br>1894 Commerce Center West, Suite 108<br>San Bernardino, California 92408 | Ruth de Sosa<br>c/o Jeffrey W. Erdman<br>BENNET & ERDMAN<br>5670 Wilshire Blvd, Suite 1400<br>Los Angeles, California 90036 |
| Debra Parks<br>c/o Stuart M. Price<br>15760 Ventura Blvd, Suite 1100<br>Encino, California 91436 | Lei Lei Wang Ekvall<br>Parks Estate Counsel<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626 |