

**FILED & ENTERED**

**AUG 05 2008**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY espino    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>**Teresa Jean Moore,**<br><br><br><br><br>Debtor(s). | Case No: SV-07-14758GM<br><br>Chapter: 13<br><br>**ORDER GRANTING ORDERS TO SHOW CAUSE AND DISMISSING CHAPTER 13 BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §109(e) EFFECTIVE AUGUST 15, 2008**<br><br>Date: July 24, 2008<br>Time: 2:00 PM<br>Location: Courtroom 303<br>  21041 Burbank Blvd.<br>  Woodland Hills, CA 91367 |

On April 4, 2008 the court entered two orders to show cause why this case should not be dismissed. Docket #29 was based on 11 USC §109(e) in that it appeared that the debtor did not qualify to be a debtor in chapter 13. Docket #31 was for failure to file all required schedules. The initial hearing was held May 1, 2008 at 1:30 p.m. and continued to June 4, 2008 at 10:00 a.m. These were combined and continued to July 24 at 2:00 pm.

- 1 -

Attorney Autumn Spaeth appeared for Chapter 7 Trustee Nancy Zamora. Creditors Ruth de Sosa and Sharon Stevens appeared in pro se. Attorney Kate Bunker appeared for the U.S. Trustee. Ms. Moore failed to appear and the missing documents were not filed.

For reasons stated on the record the Chapter 13 bankruptcy case SV07-14758GM of debtor Teresa Jean Moore is hereby **DISMISSED** pursuant to 11 U.S.C. §109(e) and for failure to file the required schedules and payments effective on August 15, 2008.

Debtor Teresa Jean Moore is barred from filing another Chapter 13 bankruptcy case for one year from the entry date of this order, without prior approval of the Court.

###

DATED: August 5, 2008

United States Bankruptcy Judge

- 2 -

# SERVICE LIST FOR ENTERED ORDER

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| U.S. Trustee<br>United States Trustee(SV)<br>Ustpregion16.wh.ecf@usdoj.gov<br><br>Autumn Spaeth – Attorney for Trustee<br>aspaeth@wgllp.com<br><br>Teresa Jean Moore – Debtor<br>Teresa-j-moore@yahoo.com | Teresa Jean Moore – Debtor<br>4251 Laurel Canyon Blvd.<br>Studio City, CA 91604<br><br>Elizabeth Rojas – Chapter 13 Trustee<br>15301 Ventura Blvd. Bldg. B, Suite 400<br>Sherman Oaks, CA 91403<br><br>Nancy Zamora – Chapter 7 Trustee<br>444 South Flower Street #1550<br>Los Angeles, CA 90071<br><br>Ruth De Sosa – Creditor<br>c/o Jeffrey Erdman Attorney<br>5670 Wilshire Blvd. Suite 1400<br>Los Angeles, CA 90036<br><br>Sharon Stevens – Creditor<br>c/o Michael Sacks<br>1894 Commerce Center West, Suite 108<br>San Bernardino, CA 92408 |